IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

T E JURKOWICH,
    Petitioner,

v.                                           Case No. 3:10cv189/MCR/CJK

KENNETH S. TUCKER,
    Respondent.
_____

## REPORT AND RECOMMENDATION

This habeas case is before the Court upon referral from the Clerk. Petitioner initiated this proceeding on June 1, 2010, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). After the Court determined that the petition was a "mixed petition," (doc. 25), petitioner filed an amended petition on September 16, 2011, removing his unexhausted claims. (Doc. 31). On December 19, 2011, the Court issued an order requiring respondent to answer the amended petition. (Doc. 33). In response, respondent filed a "Motion for Order to Show Cause and Extension of Time," asserting that petitioner was released from the Department of Corrections' custody on December 11, 2011; that petitioner was then arrested on a new charge and confined at the Escambia County Jail; that petitioner was sentenced on the new charge, completed his county jail time and was released from jail; and that as of February 7, 2012, petitioner had not informed the Court or the respondent of his new address. (Doc. 40). Respondent sought issuance of an order requiring petitioner to

verify his new address and confirm his continued interest in prosecuting this case. (*Id.*).

On February 13, 2012, the Court issued an order requiring petitioner to verify his new address and to declare his continued interest in this case. (Doc. 42). Petitioner was provided twenty-one days to respond to the order and warned that failure to do so would result in a recommendation that this case be dismissed. A copy of the February 13, 2012 order was mailed to petitioner at his address of record (the Escambia County Jail), as well as the release address indicated on the Escambia County Jail's website (1200 W. Leonard Street, Pensacola, Florida 32501, *see* doc. 40, ex. B). Both copies of the order were returned as undeliverable. (Docs. 44, 45). The deadline for complying with the order has passed, and petitioner has not responded or notified the Court of his current address.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 9th day of April, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).